IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMERGENCY RESPONSE SPECIALISTS, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> CSA OCEAN SCIENCES, INC, <br><br> Defendant and Counterclaim-Plaintiff. | CIVIL ACTION NO. <br> 2:14-cv-2214-WMA |

**MEMORANDUM OPINION & ORDER**

Before the court is the motion by plaintiff's attorneys for leave to withdraw. (Doc. 30). Even though defendant's response to the motion is conciliatory, it detects the fatal flaw in the motion, namely that a corporation cannot litigate without a lawyer. Only if a lawyer licensed to practice in this court enters an appearance for plaintiff and in the appearance he or she formally agrees to be bound by the existing schedule, will the court consider the motion for leave to withdraw. This should not be construed as a promise to grant the motion if or when this prerequisite is met. The motion is **DENIED**.

DONE this 17th day of February, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE